United States District Court

District of Massachusetts

United States of America, §
v. § Crim. No. 06-10004-RGS
James A. Bunchan, §
      Petitioner §

§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§

## NOTICE OF APPEAL

NOTICE is hereby given that Petitioner, James A. Bunchan, a federal prisoner proceeding pro se, appeals to the United States Court of Appeals for the First Circuit, the District's Court Order dismissing his motion to re-open his original motion to vacate, set aside, or correct sentence under 28 U.S.C. §2255, issued on October 31, 2024.

Executed this 25 day of November, 2024.

Respectfully submitted,

*/s/ James A. Bunchan*

James A. Bunchan

Reg. No. 64583-004

FCC Coleman - Medium

P.O. Box 1032

Coleman, FL 33521